# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ──────────────────────────── x | |
| Marine Nutriceutical Corp.,   : | |
| : | |
| Plaintiff,   : | |
| : | Court Nos. 14-00295, |
| ,   : | |
| : | and other cases identified below |
| v.   : | |
| United States,   : | |
| : | |
| Defendant.   : | |
| ──────────────────────────── x | |

### Notice of Dismissal

PLEASE TAKE NOTICE, that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the actions identified below.

          Respectfully submitted,

          GRUNFELD, DESIDERIO, LEBOWITZ,
          SILVERMAN & KLESTADT LLP
          Attorneys for Plaintiff
          599 Park Avenue, 36th Floor
          New York, NY  10022
          Tel. (212) 557-4000

Dated: New York, New York        By:   /s/ Robert F. Seely
      October 29, 2021

| COURT NUMBER | PLAINTIFF |
|---|---|
| 14-00295 | MARINE NUTRICEUTICAL CORP. |
| 11-00514 | MARINE NUTRICEUTICAL CORP. |
| 11-00519 | MARINE NUTRICEUTICAL CORP. |
| 12-00037 | MARINE NUTRICEUTICAL CORP. |
| 12-00050 | MARINE NUTRICEUTICAL CORP. |
| 12-00118 | MARINE NUTRICEUTICAL CORP. |
| 11-00520 | MARINE NUTRICEUTICAL CORP. |
| 12-00049 | MARINE NUTRICEUTICAL CORP. |
| 12-00119 | MARINE NUTRICEUTICAL CORP. |
| 12-00352 | MARINE NUTRICEUTICAL CORP. |
| 12-00356 | MARINE NUTRICEUTICAL CORP. |
| 13-00058 | MARINE NUTRICEUTICAL CORP. |
| 13-00059 | MARINE NUTRICEUTICAL CORP. |
| 13-00152 | MARINE NUTRICEUTICAL CORP. |
| 13-00336 | MARINE NUTRICEUTICAL CORP. |

## ORDER OF DISMISSAL

Court Nos. 14-00279, 11-00514, 11-00519, 12-00037, 12-00050, 12-00118, 11-00520, 12-00049, 12-00119, 12-00352, 12-00356, 13-00058, 13-00059, 13-00152, and 13-00336 having been voluntarily noticed for dismissal by plaintiff, are hereby dismissed.

                                              Deputy Clerk,
                                              United States Court of International Trade

Dated: ___10/29___, 2021                By: __/s/ Troy Benbow_____

9483898_1